**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARION A. GREEN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-000502-SRC |
| ) | |
| C.R. BARD, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter was recently transferred from the multi-district litigation (MDL) pending against defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in the United States District Court for the District of Arizona.  *See In re: Bard IVC Filters Products Liability Litigation*, Case No. MDL 15-02641-PHX-DGC.  The presiding MDL judge transferred this particular case to this Court after determining that it would no longer benefit from centralized proceedings.  To properly frame the issues and determine what is necessary for this case to reach disposition, the Court orders Defendants to file an answer Plaintiff's complaint and directs the parties to file a joint status report as set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall answer Plaintiff's complaint no later than June 4, 2020.

**IT IS FURTHER ORDERED** that, no later than June 4, 2020, the parties shall submit a joint status report setting forth the following:

1

1. An agreed-upon statement of the facts and procedural history of this case, including significant actions taken in consolidated pretrial proceedings before the United States District Court for the District of Arizona;

2. Whether the parties have taken all necessary actions to cause the relevant portions of the record to be furnished to this Court;

3. The issues remaining for determination;

4. The potential for settlement and the status, though not the content, of any offers of settlement;

5. Whether referral to alternative dispute resolution could advance the ultimate resolution of this case;

6. Whether the parties request a Rule 16 scheduling conference;

7. When it is reasonably likely this case would be ready to proceed to trial and the estimated length of trial; and

8. Whether the parties anticipate the filing of dispositive or expert motions.

So Ordered this 14th day of May, 2020.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**